Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Jason J. Kim (State Bar No. 221476)
kimj@HuntonAK.com
**HUNTON ANDREWS KURTH LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Attorneys for Defendant
UNDER ARMOUR, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| REBECCA ELIZABETH MURRAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNDER ARMOUR, INC., a Maryland corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 2:18-CV-04032<br><br>**DEFENDANT UNDER ARMOUR, INC.'S CERTIFICATION OF INTERESTED PARTIES [L.R. 7.1-1]**<br><br>Complaint Filed:   April 4, 2018 |

CERTIFICATION OF INTERESTED PARTIES

# CERTIFICATION OF INTERESTED PARTIES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1, the undersigned, counsel of record for Under Armour, Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| | |
|---|---|
| Rebecca Elizabeth Murray | Plaintiff |
| Under Armour, Inc. | Defendant |

DATED: May 15, 2018                             **HUNTON ANDREWS KURTH LLP**


By:   /s/ Ann Marie Mortimer
         Ann Marie Mortimer
         Attorneys for Defendant
         UNDER ARMOUR, INC.