# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA ELIZABETH MURRAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNDER ARMOUR, INC., a Maryland corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 2:18-CV-04032 FMO (Ex)<br><br>**ORDER ON STIPULATION [14] CONTINUING HEARING ON DEFENDANT UNDER ARMOUR, INC.'S MOTION TO COMPEL ARBITRATION AND TO DISMISS OR STAY LITIGATION**<br><br>Complaint Filed:   April 4, 2018 |

# ORDER

The Court, having reviewed the parties' Stipulation To Continue Hearing on Defendant Under Armour, Inc.'s Motion to Compel Arbitration and to Dismiss or Stay Litigation, and good cause being shown, hereby ORDERS:

1. The hearing on Defendant Under Armour, Inc.'s Motion to Compel Arbitration and to Dismiss or Stay Litigation (the "Motion") shall be continued to July 12, 2018 at 10:00 a.m. in Room 6D of the above-captioned Court.

2. Plaintiff Rebecca Elizabeth Murray's opposition to the Motion will be due on June 21, 2018.

3. Defendant Under Armour, Inc.'s reply in support of the Motion will be due on June 28, 2018.

**IT IS SO ORDERED.**

Dated: June 4, 2018                    _____/s/_____

Fernando M. Olguin
United States District Judge