.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA ELIZABETH MURRAY, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNDER ARMOUR, INC., a Maryland corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:18-CV-04032 FMO (Ex)<br><br>**ORDER ON STIPULATION [32] STAYING LITIGATION PENDING DECISION ON MOTION TO COMPEL ARBITRATION**<br><br>[*Stipulation to Stay Litigation Pending Decision On Motion To Compel Arbitration filed concurrently herewith*]<br><br>Complaint Filed:   April 4, 2018 |

# ORDER

The Court having read and considered the parties' Stipulation to Stay Litigation Pending Decision on Motion to Compel Arbitration, and good cause appearing therefore, **HEREBY ORDERS**:

The litigation is stayed pending the Court's resolution of Defendant Under Armour Inc.'s motion to compel arbitration of this dispute and to dismiss or stay the litigation (the "Motion") (ECF No. 12).

**IT IS SO ORDERED.**

Dated: September 26, 2018                               _____/s/_____
                                                        Fernando M. Olguin
                                                        United States District Judge